# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                          NO. 4:11CR00119-002 SWW

MIESHA G. COATES

### ORDER

Pending before the Court is government's motion to dismiss indictment against defendant Miesha G. Coates pursuant to Rule 48(a).

IT IS SO ORDERED that the government's motion to dismiss indictment [doc #48] against the above-named defendant be **GRANTED**, and the indictment pending against defendant Miesha Coates is **dismissed without prejudice**.

DATED this 29th day of August 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE