IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:11-cr-00119-SWW |
| | * | |
| | * | |
| RALPH D. JACKSON, SR., | * | |
| | * | |
| Defendant. | * | |

ORDER

Before the Court is defendant Ralph D. Jackson, Sr.'s pro se motion [doc.#50] to adjust time served and credit home detention time. Defendant essentially claims the Bureau of Prisons (BOP) is not properly calculating his sentence.

The Court denies defendant's motion as this Court has no authority to determine defendant's time computation. Rather, the authority to calculate such matters as a federal prisoner's period of incarceration for the sentence imposed and to provide credit for time served is delegated to the Attorney General, who acts through the BOP. *Allen v. Nash*, 236 Fed.Appx. 779 (3rd Cir. 2007). See also *United States v. Pardue*, 363 F.3d 695, 699 (8th Cir. 2004). Federal courts may consider a claim of error by the BOP through a 28 U.S.C. § 2241 petition for writ of habeas corpus after the prisoner has exhausted his administrative remedies by

first presenting his claim to the BOP. *United States v. Chappel*, 208 F.3d 1069 (8th Cir. 2000); *United States v. Sithithongtham*, 11 Fed.Appx. 657 (8th Cir. 2001).

IT IS SO ORDERED this 13th day of May 2013.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE